# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TARIQ ELLIOTT, | Civil Action No. 18-6347 (BRM)(LHG) |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| JAMES PIGOTT, *et al.*, | |
| Defendants. | |

**THIS MATTER** is opened to the Court by *pro se* Plaintiff Tariq Elliott ("Plaintiff"), an individual currently confined at Monmouth County Correctional Institution in Freehold, New Jersey, upon the filing of a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

On April 13, 2018, this Court entered an Order administratively terminating this case. (ECF No. 2.) As the Court explained in that Order, Plaintiff failed to submit an application to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(a), and also failed to sign his Complaint, in violation of Federal Rule of Civil Procedure 11. (*Id.*) The Court informed him that, should he wish to re-open this matter, he must submit an amended complaint signed by Plaintiff and either (1) a complete, signed *in forma pauperis* application, including a certified prison account statement for the six months immediately preceding the filing of the Complaint, or (2) the $400 fee including the $350 filing fee plus the $50 administrative fee. (*Id.*)

In response, Plaintiff submitted only an uncertified copy of his prisoner account statement. (ECF No. 3.) Additionally, the copy he provided is cut-off on the right side. (*Id.*) As a result, the Court is only able to see part of the column marked "Memo" and, more importantly, is unable to see if there are any other columns after "Memo."

Accordingly, and for good cause appearing,

**IT IS** on this 4th day of May 2018;

**ORDERED** that the Clerk of the Court shall make a new and separate entry marking his matter **RE-OPENED**; and it is further

**ORDERED** that Plaintiff's implied request to proceed *in forma pauperis* (ECF No. 3) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall again **ADMINISTRATIVELY TERMINATE** this case, without filing the Complaint or assessing a filing fee; and it is further

**ORDERED** that the Clerk of the Court shall send Plaintiff the form entitled Affidavit of Poverty and Account Certification (Civil Rights)(DNJ ProSe 007 A(Rev. 5/13)) to be used by Plaintiff in any future application to proceed *in forma pauperis* and a blank civil rights complaint form; and it is further

**ORDERED** that if Plaintiff wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, within 30 days of the date of entry of this Order; Plaintiff's writing shall include an amended complaint signed by Plaintiff **AND** either (1) a complete, accurate and signed *in forma pauperis* application, including a certified prison account statement for the six months immediately preceding the filing of the Complaint, which includes <u>all</u> columns of the statement, or (2) the $400 fee including the $350 filing fee plus the $50 administrative fee; and it is further

**ORDERED** that upon receipt of a writing from Plaintiff stating that he wishes to reopen this case, and either a complete *in forma pauperis* application or payment of the filing and

administrative fees, as well as a signed amended complaint, within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**